IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE M. CLARKE, III

        Plaintiff

v.

INTERNAL REVENUE SERVICE
1111 Constitution Ave., N.W.
Washington, D.C.    20224

        Defendant.

No. 1:06-cv-02030-EGS

## MOTION TO EXTEND TIME TO ANSWER
## OR TO OTHERWISE RESPOND TO COMPLAINT

The Internal Revenue Service moves this Court for an extension of the time to answer or to otherwise respond to plaintiff's complaint. In support of this motion, the Internal Revenue Service submits the following:

1.      Plaintiff filed his complaint on November 29, 2006.

2.      The Internal Revenue Service's response is due on or before January 5, 2007.

3.      The Internal Revenue Service's counsel is not now in possession of sufficient information to respond to the complaint. This lack of information is due to the difficulty experienced by the Internal Revenue Service, the agency charged with the responsibility for the events underlying the case, in retrieving the relevant documents.

4.      The Department of Justice has not yet received the administrative file or guidance from the Internal Revenue Service on how to properly respond to the complaint.

5.      While the Internal Revenue Service's counsel could respond to the complaint by serving a general denial, such action would not materially advance this

litigation.  In fact, in many such cases, the service of a general denial actually inhibits progress in the case due to the necessity of serving and filing amended pleadings.

6.      The Internal Revenue Service is of the belief that an enlargement of time of an additional thirty (30) days would be sufficient for the assembly, transmittal, and receipt of the materials necessary to the drafting and service of a meaningful responsive pleading.

7.      Based on the above, the Internal Revenue Service believes that granting a 30-day enlargement of time to respond to the complaint would tend toward the just, speedy, and inexpensive determination of this action.  See Fed.R.Civ.P. 1.

8.      Under Fed.R.Civ.P. 6(b), the Court, for cause shown, may enlarge the time for pleading, among other things.  See Poe v. Christina Copper Mines, Inc., 15 F.R.D. 85, 87-88 (D. Del. 1953); 2 J. Moore, Moore's Federal Practice ¶ 6.08 (2d ed. 1988).

8.      Plaintiff has consented to a 30-day extension for the Internal Revenue Service to answer or to otherwise respond to the complaint.

For the foregoing reasons, the Internal Revenue Service respectfully requests that its motion for enlargement of time be granted.


Date: January 4, 2007                    Respectfully submitted,


                                         _____
                                         JOSEPH E. HUNSADER
                                         Trial Attorney, Tax Division
Of Counsel:                              U.S. Department of Justice
                                         Post Office Box 227
JEFFREY A. TAYLOR                        Washington, D.C.  20044
United States Attorney                   Telephone/FAX:  (202) 514-0472/514-6866

2129506.1

## CERTIFICATE OF SERVICE

I certify that on January 4, 2007, I caused the Internal Revenue Service' MOTION TO EXTEND TIME TO ANSWER OR OTHER RESPOND TO COMPLAINT and proposed ORDER to be placed in the United States mail, postage prepaid, and properly addressed to the following:

George M. Clarke, III, Esq.
Baker & McKenzie LLP
815 Connecticut Ave., N.W.
Washington, D.C.  20006-4078

1673843.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE M. CLARKE, III          )      No. 1:06-cv-02030-EGS
                               )
        Plaintiff          )
v.                            )
                               )
INTERNAL REVENUE SERVICE   )
                               )
        Defendant.      )

ORDER

Upon consideration of the Internal Revenue Service's Motion to Extend Time to

Answer or Otherwise Respond to Complaint, it is

ORDERED that the time shall be extended for thirty (30) days to and including

February 5, 2007.

Date: _____, 2007.

                           _____
                           UNITED STATES DISTRICT JUDGE

COPIES TO:

Joseph E. Hunsader
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

George M. Clarke, III
Baker & McKenzie LLP
815 Connecticut Ave., N.W.
Washington, D.C. 20006-4078