**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GEORGE M. CLARKE, III**<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006-4078<br>(202) 452-7000,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue, NW<br>Washington, DC 20224,<br><br>    **Defendant.** | Civil Action No. 06-2030 (EGS) |

**JOINT CONFERENCE REPORT AND MOTION TO DEFER STATUS CONFERENCE**

THE PARTIES hereby submit this joint status report in the above captioned case pursuant to the Court's Order, dated February 7, 2007. Plaintiff filed the Complaint in this case on November 29, 2006 in order to compel Defendant, the Internal Revenue Service ("Service"), to respond to Plaintiff's October 28, 2005 Freedom of Information Act ("FOIA") request. The complaint alleges that the Service failed to substantively respond to that request for over a year and that no substantive progress had been made in locating the underlying records. The Service answered that it had searched for the requested records, had located no responsive documents in its possession and control, but that its search was continuing.

As a FOIA case, this case is exempt from Local Civil Rule 16.3. *See,* LCvR 16.3(b)(9). However, the parties hereby submit the following status report to inform the Court of the progress the parties have made in resolving this case and to move the Court to defer the currently

1

scheduled status conference in this case to allow the parties time to attempt to resolve the case without Court intervention.

  THEREFORE, the parties respectfully state:

  1. Counsel for Plaintiff and counsel for the Service have conferred on several occasions in a good faith attempt to resolve the dispute that underlies this case.

  2. Both the Service and the Department of Treasury ("Treasury") have continued to search their records for the materials requested by Plaintiff in his FOIA request. The Department of Treasury has found some materials that are or may be responsive to that request. Counsel for the Service has indicated that such materials will be provided to Plaintiff in the very near future, assuming such materials are not exempt from production under some FOIA provision.

  3. In addition to the materials referenced in ¶ 2, the Department of Treasury has also discovered National Archives reference information that may help Plaintiff locate the materials through other sources. This reference information was provided to Plaintiff on February 22, 2007.

  4. Counsel for the Service has indicated that, by the time of the currently scheduled status conference in this case, March 30, 2007, counsel for the Service expects to be in a position to represent that all relevant records have been searched for the requested materials.

  5. Counsel for Plaintiff is of the view that, if counsel for the Service represents, with specifics, that all relevant records have been searched for the requested materials and if the Service and the Treasury provide the materials and information referenced in ¶¶ 2 and 3 as well as any other relevant information found in its search, no reason for this action will exist and Plaintiff will be willing to voluntarily dismiss the action.

6.      Based on the foregoing, the parties are of the view that the March 30, 2006 status conference should be postponed to give the parties at least one week from March 30, 2006 to exchange information regarding the status of the Service's and the Treasury's records search and to determine if this case can be resolved without any intervention by the Court.

WHEREFORE, the parties jointly submit the foregoing status report and jointly move that the status conference in this case, currently scheduled for 11:00 am on March 30, 2007, be postponed to a date to be determined by the Court but in no event earlier that April 6, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ George M. Clarke III | /s/ Joseph E. Hunsader |
| GEORGE M. CLARKE III | JOSEPH E. HUNSADER |
| | Trial Attorney, Tax Division |
| Baker & McKenzie LLP | U.S. Department of Justice |
| 815 Connecticut Avenue, N.W. | Post Office Box 227 |
| Washington, D.C.  20006-4078 | Washington, DC  20044 |
| Phone: (202) 452-7000 | Phone: (202) 514-0472 |
| Fax: (202) 452-7074 | Fax (202) 514-6866 |
| | |
| | Of Counsel: |
| Date:  March 23, 2007 | |
| | JEFFREY A. TAYLOR |
| | United States Attorney |
| | |
| | Date:  March 23, 2007 |