UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GEORGE M. CLARKE, III**<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006-4078<br>(202) 452-7000,<br><br>**Plaintiff,**<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue, NW<br>Washington, DC 20224,<br><br>**Defendant.** | Civil Action No. 06-2030 (EGS) |

### PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff George M. Clarke, pursuant to Fed. R. Civ. P. Rule 41(a)(1) hereby dismisses all causes of action alleged in the Complaint against Defendant, the Internal Revenue Service ("Service") with the following stipulations.

1. On November 11, 2006, Plaintiff filed a complaint against the Service in this Freedom of Information Act disclosure matter.

2. Since that date, counsel for the Service has provided Plaintiff with responsive records and provided reference information for public sources of additional materials.

3. Counsel for the Service represents that the Service and the Department of Treasury have searched for all potentially responsive records. Specifically, the Department of Treasury has searched the following subject files: (1) Partnerships—General Folder #6 1979-1983; (2) Assessments—General—Sections 6201-6245 Folder #1 1975-1986; (3) Compliance—

1

General Folder #1 1980-1982.  In addition, the Department of Treasury legislative history index shows that Office of Tax Policy files relating to the Tax Equity and Fiscal Responsibility Act of 1982 ("TEFRA") were transferred to the National Archives and Record Administration in January 2005 (Accession #56-97-21).  The index to the transferred files has been provided to Plaintiff.  In addition, the Service has searched the following offices for responsive files:  (1) the Office of Legislative Affairs; (2) the Office of Associate Chief Counsel (Passthroughs and Special Industries); and (3) the Office of Associate Chief Counsel (Administrative Provisions and Judicial Practice).

   4. Given the provision of materials to-date and the representation that no further responsive information has been located in the files of the Service or the Treasury Department, Plaintiff hereby stipulates to the voluntary dismissal of this case.[1]

Respectfully submitted,

| | |
|---|---|
| /s/George M. Clarke, III | /s/Joseph E. Hunsader |
| GEORGE M. CLARKE III | JOSEPH E. HUNSADER |
| | Trial Attorney, Tax Division |
| Baker & McKenzie LLP | U.S. Department of Justice |
| 815 Connecticut Avenue, N.W. | Post Office Box 227 |
| Washington, D.C.  20006-4078 | Washington, DC  20044 |
| Phone: (202) 452-7000 | Telephone: (202) 514-0472 |
| Fax: (202) 452-7074 | Fax (202) 514-6866 |
| | |
| Date:  April 16, 2007 | Date:  April 16, 2007 |

---

[1] Because Government counsel has submitted an answer to the complaint, his signature is included in this stipulation as required by Fed. R. Civ. P. Rule 41(a)(1)(ii).  Government counsel expressly authorized counsel for Plaintiff to file this stipulation with his electronic signature.